IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AXALTA COATING SYSTEMS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS E. PECK,<br><br>　　　　Defendant. | CIVIL ACTION NO. 2:20-cv-05655 |

**PLAINTIFF AXALTA COATING SYSTEMS, LLC'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Axalta Coating Systems, LLC in the above captioned action certifies that the following parent corporations and publicly held corporations own 10% or more of its stock:

Axalta Coating Systems, LLC is wholly-owned subsidiary of Axalta Coating Systems, U.S. Holdings, Inc.

Axalta Coating Systems U.S. Holdings, Inc. is wholly-owned indirect subsidiary of Axalta Coating Systems, Ltd., a publicly-traded company.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　<u>/s/ Nipun Patel</u>
　　　　　　　　　　　　　　　　　　　　Nipun J. Patel (PA Bar No. 208130)
　　　　　　　　　　　　　　　　　　　　Valerie E. Brown (PA Bar No. 309849)
　　　　　　　　　　　　　　　　　　　　Hyun Yoon (PA Bar No. 323706)
　　　　　　　　　　　　　　　　　　　　**HOLLAND & KNIGHT LLP**
　　　　　　　　　　　　　　　　　　　　2929 Arch Street, Ste. 800
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19146
　　　　　　　　　　　　　　　　　　　　(215) 252-9600

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Axalta Coating Systems, LLC*

Dated: November 12, 2020

# **CERTIFICATE OF SERVICE**

I, Nipun J. Patel, do hereby certify that on this 12th day of November, 2020, a true and correct copy of Plaintiff Axalta Coating Systems, LLC Federal Rule Of Civil Procedure 7.1 Corporate Disclosure Statement was served *via* the Court's Electronic Case Filing system.

                                        */s/ Nipun J. Patel*
                                        Nipun J. Patel